**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2511**

———————

MARYANN TETREAULT,

                Plaintiff - Appellant,

        v.

ADVANCED FEDERAL SERVICES CORPORATION,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:11-cv-00159-RBS-DEM)

———————

Submitted: February 21, 2013        Decided: February 25, 2013

———————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Maryann Tetreault, Appellant Pro Se.  Steven David Brown, LECLAIR RYAN, PC, Richmond, Virginia; Joseph Michael Rainsbury, LECLAIR RYAN, PC, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maryann Tetreault appeals the district court's order denying relief on her employment discrimination complaint and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tetreault v. Advanced Fed. Servs. Corp., No. 4:11-cv-00159-RBS-DEM (E.D. Va. Sept. 28, 2012; filed Nov. 2 & entered Nov. 5, 2012). We grant Tetreault's motion to proceed in forma pauperis but deny her motion to quash additional briefing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED